**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | 1:25-CR-00221-ELR-1 |
| | * | |
| IAN PATRICK JACKSON, | * | |
| a/k/a L.G., | * | |
| a/k/a J.W., | * | |
| a/k/a K.B., | * | |
| a/k/a J.S., | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

The above-named defendant was certified ready for trial April 24, 2026. [Doc. 65.] The parties, having contacted the Court, have requested a plea date. Accordingly, a change of plea hearing has been scheduled for **WEDNESDAY, JUNE 17, 2026 at 3:00 PM**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. The Court, having found that the ends of justice by taking such action, outweigh the best interest of the public and Defendant in a speedy trial, **DIRECTS THE CLERK** to exclude the period of delay from computation under the Speedy Trial Act, pursuant to Title 18, U.S.C., Section 3161(h)(7)(A).

**SO ORDERED**, this <u>2nd</u> day of <u>June,</u> 2026.

Eleanor L. Ross
United States District Judge
Northern District of Georgia